HENRY N. BEERS, Respondent, v. HENRY G. HOTCHKISS and Another, Defendants, and HILLAIRE E. CAMPBELL and KATHERINE CAMPBELL, His Wife, Appel-

lants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.